IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0026 MJJ |
| Plaintiff, | ) | **[PROPOSED] ORDER PERMITTING DR. RICARDO WINKEL TO INTERVIEW OSCAR CANCHOLA AT THE GLEN E. DYER DETENTION FACILITY** |
| vs. | ) | |
| OSCAR CANCHOLA, | ) | |
| Defendant. | ) | |

TO: The United States Marshal and the Glen E. Dyer Detention Facility:

IT IS HEREBY ORDERED that Dr. Ricardo Winkel shall be permitted contact visits with Oscar Canchola, PFN ULF659, at the Glen E. Dyer Detention Facility, for the purposes of psychological interview and testing. Such visits shall be consistent with the rules and regulations governing contact visits, as set by the United States Marshal and the Glen E. Dyer Detention Facility.

SO ORDERED.

Date: 5/5/2006

_____
Honorable Martin J. Jenkins
Judge, United States District Court
Northern District of California

Order Permitting Psychologist Interview; CR-06-0026 MJJ     1