1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant CANCHOLA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNIFIED STATES OF AMERICA,        )  No. CR-06-0026 MJJ
                                     )
12              Plaintiff,           )  **STIPULATION AND [PROPOSED]**
                                     )  **ORDER CONTINUING SENTENCING**
13 vs.                               )  **TO JUNE 22, 2006**
                                     )
14 OSCAR CANCHOLA,                   )  Current Date: June 2, 2006
                                     )  Requested Date: June 22, 2006
15              Defendant.           )
   _____ )
16

17     Oscar Canchola plead guilty before this Court without a plea agreement on March 10,

18 2006. The Court set sentencing for June 2, 2006. Subsequently, counsel for Mr. Canchola

19 determined that she needed a psychologist to meet with Mr. Canchola prior to sentencing. The

20 delays in finding a Spanish speaking psychologist have delayed counsel's ability to proceed with

21 sentencing. Therefore, the parties stipulate and agree that sentencing in this matter shall be

22 //

23 //

24 //

25 //

26 //

Stip to Continue Sentencing to                    1

continued to Thursday, June 22, 2006 at 2:00 p.m. in San Francisco.

SO STIPULATED  /S/

Date: 5/4/06                                Rebecca Sullivan Silbert
                                            Assistant Federal Public Defender

                                            /S/

Date: 5/4/06                                Michelle Morgan-Kelly
                                            Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that sentencing in this matter is continued to Thursday, June 22, 2006 at 2:00 p.m. in San Francisco.

IT IS SO ORDERED.

5/9/2006                                    /s/ Martin J. Jenkins
Date                                        Honorable Martin J. Jenkins
                                            United States District Court
                                            Northern District of California

Stip to Continue Sentencing to              2